IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| A.H.G., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:25-cv-54-CDL-AGH |
| | : | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, | : | |
| | : | |
| Respondent. | : | |

## **ORDER**

On February 11, 2025, the Court received a document from Petitioner (ECF No. 1) which the Clerk docketed as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Because the document failed to state a claim for relief, the Court ordered Petitioner to recast his petition within fourteen days. Order 3, Mar. 4, 2025, ECF No. 3. Petitioner was informed that failure to comply with the Court's order "may result in the dismissal of this action." *Id.* On March 27, 2025, the Court's order was returned as undeliverable with a notation that Petitioner was not located at the facility. Mail Returned, ECF No. 4. Petitioner has not provided the Court with any other address, and as of the date of this Order, he has not filed a recast petition.

Consequently, Petitioner is **ORDERED** to **RESPOND** and **SHOW CAUSE** why this action should not be dismissed for failure to comply with the Court's order and to prosecute. Petitioner shall have **FOURTEEN (14) DAYS** from the date of this Order to respond. Failure to respond will likely result in the dismissal of this action.

**SO ORDERED**, this 15th day of April, 2025.

                                           s/ *Amelia G. Helmick*
                                           UNITED STATES MAGISTRATE JUDGE